IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM HENRY DEASE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-17-738-C |
| | ) | |
| MICHAEL TAYLOR, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner filed the present action pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state court convictions. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Shon T. Erwin who entered a Report and Recommendation ("R&R") on August 16, 2017, recommending the Petition be denied. Petitioner has timely objected.

The substantive facts and law are accurately set out in Judge Erwin's R&R and there is no purpose to be served in repeating them yet again. As Judge Erwin noted, Petitioner has failed to offer any more than conclusory allegations of a constitutional violation. Accordingly, habeas relief is not warranted. Nothing in Petitioner's Objection, which appears to raise issues not asserted in his Petition, offers any basis for a different determination.

As set forth more fully herein, the Court adopts, in full, the Report and Recommendation of the Magistrate Judge (Dkt. No. 10). This matter is DISMISSED without prejudice. A separate judgment will issue.

IT IS SO ORDERED this 29th day of August, 2017.

ROBIN J. CAUTHRON
United States District Judge